UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BELFOR USA GROUP, INC.                    CIVIL ACTION

VERSUS                                     NO:      09-0158

BELLEMEADE PARTNERS, LLC, ET. AL          SECTION: "N" (4)

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that the Belfor's **Motion to Fix Attorneys' Fees and Tax Costs by Beflor USA Group, Inc. (R. Doc. 16)** is hereby **GRANTED**. The Court finds that a total fee of **$25,959.60** is reasonable in the matter here. The Court also finds that the costs of **$590.00** are also reasonable and awarded to the plaintiff.

**IT IS FURTHER ORDERED** that the Defendants shall satisfy this obligation to Belfor USA Group, Inc. no later than **twenty five (25) days** from the issuance of this Order.

New Orleans, Louisiana, this 19th day of February 2010

UNITED STATES DISTRICT JUDGE